# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CARRIE L, ELLIS,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

Case No. 2:10-cv-01201-LDG (GWF)

**ORDER**

    By her complaint (#4), Carrie Ellis seeks judicial review of administrative action by the Commissioner of Social Security denying her claim for disability benefits under Title II of the Social Security Act.  She filed her opening brief (#14), and the Commissioner filed a Cross-Motion to Affirm (#24).  The court referred the matter to the Magistrate Judge for a report of findings and recommendations pursuant to 28 U.S.C. §§636(b)(1)(B) and (C). The Magistrate Judge issued a Report and Recommendation (#29), recommending that Ellis' Opening Brief/Motion for Remand (#15) be denied, and that the Commissioner's Cross-Motion to Affirm (#24) be granted.  Neither party has filed written objections to the proposed findings and recommendations.  Accordingly,

    THE COURT **ADOPTS** the Report and Recommendation (#29);

1 | THE COURT **ORDERS** that Plaintiff's Opening Brief/Motion for Remand (#15) is
2 | DENIED;
3 | THE COURT FURTHER **ORDERS** that the Commissioner's Cross-Motion to Affirm
4 | (#24) is GRANTED.

DATED this  22  day of November, 2011.

_____
Lloyd D. George
United States District Judge

2