# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CARRIE L. ELLIS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:10-cv-01201-LDG (GWF)<br><br>**JUDGMENT** |

This matter came before the Court on Carrie L. Ellis's Complaint for Review of Final Decision of the Commissioner of Social Security (#4), her Opening Brief/Motion for Remand (#15), and the Commissioner's Cross-Motion to Affirm (#24).  Having granted the Commissioner's Cross-Motion to Affirm and having denied Ellis' Opening Brief/Motion for Remand, therefore,

THE COURT **AFFIRMS** the Final Decision of the Commissioner of Social Security denying Carrie L. Ellis's claim for disability benefits.

DATED this ___22___ day of November, 2011.

_____
Lloyd D. George
United States District Judge